JUDGE FAILLA

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (TranCourt) |
|---|---|---|
| | | 3:16-cr-30044-MGM-16 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |
| | | 22cr126 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | District of Massachusetts | |
| Linda Tavarez | NAME OF SENTENCING JUDGE | |
| | Honorable Mark G. Mastroianni | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/20/2021 | TO 12/20/2026 |

**OFFENSE**

Conspiracy to Distribute and to Possess with Intent to Distribute Heroin, in violation of 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____Massachusetts____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Southern District of New York____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made, without further inquiry of this court. *

2/28/22
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/2/22
Effective Date

s/ Katharine Parker USMJ
United States District Judge