

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Clerk | OFFENSE: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN-In violation of 21 U.S.C. 846, a class A Felony. |
| FROM: | Washington M Herrera<br>U.S. Probation Officer | ORIGINAL SENTENCE: 81 Days' Bureau of Prisons; 60 Months' Supervised Release, $100.00 Special Assessment. |
| | | SPECIAL CONDITIONS: Mental heath treatment, mental health medications, alcohol restrictions, deported/remain outside the U.S., must use true identity. |
| RE: | Linda Tavarez<br>Docket # 0101 3:16CR30044 | AUSA: Neil L. Desroches<br>DEFENSE COUNSEL: Lori H. Levinson<br>MED: December 19, 2026 |

DATE OF SENTENCE: December 20, 2021

DATE: March 1, 2022

ATTACHMENTS:  ☒ PSI    ☒ JUDGMENT    ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

## TRANSFER OF JURISDICTION

On May 07, 2020, the above-mentioned individual was sentenced as outlined above in the District of Massachusetts, by the Honorable, Mark Mastroianni U.S. District Judge. On December 20, 2021 , we received a letter from the of District of Massachusetts, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mrs. Tavarez's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction

Linda Tavarez       2      4895673 - Washington M Herrera
Docket Number: 0101 3:16CR30044

Respectfully submitted,
Michael Fitzpatrick
Chief U.S. Probation Officer

by _____

Washington M Herrera
U.S. Probation Officer
212-805-5168

Prepared By:

Veronica Pena      March 1, 2022
                         Date